**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MOHAMMAD DAVATOLHAGH,<br><br>Plaintiffs,<br><br>vs.<br><br>TUSCANY HOTEL & CASINO, LLC a Nevada Limited Liability Company; and TUSCANY SUITES, LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No.: 2:21-cv-00502-GMN-NJK<br><br>**ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Mohammad Davatolhagh ("Plaintiff") and Defendants Tuscany Hotel & Casino, LLC and Tuscany Suites, LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendants to respond to Plaintiff's Complaint (ECF No. 1). Defendants' response to Plaintiff's Complaint is currently due April 20, 2021. The parties are requesting up to and including May 11, 2021 in which to respond to the Complaint. This extension will allow Defense counsel time to investigation the facts of this matter and prepare a response to the Complaint. This is the parties' first request for an extension of time.

. . .

. . .

. . .

1  This Stipulation is made in good faith and is not intended for purposes of delay.

2  DATED this 20th day of April, 2021.  DATED this 20th day of April, 2021.

3  LAW OFFICES OF MICHAEL P. BALABAN  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

5  /s/ *Michael P. Balaban*  /s/ *Molly M. Rezac*

Michael P. Balaban  Molly M. Rezac
Nevada Bar No. 9370  Nevada Bar No. 7435
10726 Del Rudini Street  200 S. Virginia Street, 8th Floor
Las Vegas, NV  89141  Reno, NV  89501
*Attorneys for Plaintiff*  *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 21, 2021

2