Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373

*Attorneys for Defendants Tuscany Hotel & Casino,
LLC and Tuscany Suites, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MOHAMMAD DAVATOLHAGH,<br><br>  Plaintiffs,<br><br>vs.<br><br>TUSCANY HOTEL & CASINO, LLC a Nevada Limited Liability Company; and TUSCANY SUITES, LLC, a Nevada Limited Liability Company,<br><br>  Defendants. | Case No.:  2:21-cv-00502-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Mohammad Davatolhagh ("Plaintiff") and Defendants Tuscany Hotel & Casino, LLC and Tuscany Suites, LLC (collectively, "Defendants"), by and through their undersigned counsel, that all claims Plaintiff had, or may have had, against Defendants that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

. . .

. . .

1  Each party to bear their own fees and costs.

2  DATED this 18th day of August, 2021.                DATED this 18th day of August, 2021.

3  LAW OFFICES OF MICHAEL P. BALABAN                   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

5  /s/ *Michael P. Balaban*                            /s/ *Molly M. Rezac*

Michael P. Balaban                                      Molly M. Rezac
Nevada Bar No. 9370                                     Nevada Bar No. 7435
10726 Del Rudini Street                                 200 S. Virginia Street, 8th Floor
Las Vegas, NV  89141                                    Reno, NV  89501
*Attorneys for Plaintiff*                               *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

Dated this 19 day of August, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

2